**Order filed December 14, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00593-CV**

_____

**IN THE INTEREST OF G.D.P., A CHILD**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-03419**

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant has requested the reporter's record be prepared. On November 19, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, requested and paid or made arrangements to pay the court reporter for preparing the record and provided proof of same. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.